AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Yu Zhou

Defendant

Case No. 2:19 cr 163
Judge Marbley

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Yu Zhou

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Theft of Trade Secrets in violation of 18 U.S.C. § 1832(a)(5); Theft of Trade Secrets in violation of 18 U.S.C. §§ 1832(a)(1), (3), (4) & 2; Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349; Wire Fraud in violation of 18 U.S.C. §§ 1343 & 2

Date: 7.23.19

City and state: Columbus, OH.

_Issuing officer's signature_

_Printed name and title_

### Return

This warrant was received on (date) 7-23-2019, and the person was arrested on (date) 7-29-2019
at (city and state) San Diego, CA.

Date: 7-31-2019

_Arresting officer's signature_

Dustin Dobbs Special Agent/FBI
_Printed name and title_